**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Earl V. Nelson,<br><br>         Petitioner,<br>  vs.<br><br>Dora B. Schriro, et al.,<br><br>         Respondents. | No. CV-07-1011-PHX-PGR (ECV)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Voss notwithstanding that no party has filed any objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly determined that this habeas action must be dismissed as untimely under 28 U.S.C. § 2244(d)(1)(A) because the petitioner filed this action nearly six years after the applicable limitations period expired.  Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #11) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 is denied and

/   /   /

/   /   /

1 that this action is dismissed with prejudice as time-barred.

2 DATED this 23rd day of October, 2008.

_____
Paul G. Rosenblatt
United States District Judge